**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**


**NANETTE ROGERS BUFORD EZELL**                                        **PLAINTIFF**

                                                                                      **NO. 1:18CV00161-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**


**FINAL JUDGMENT**

This cause is before the Court on the Plaintiff's complaint pursuant to 42 U.S.C. § 405(g)
for judicial review of an unfavorable final decision of the Commissioner of the Social Security
Administration regarding an application for a period of disability and disability insurance
benefits.   The parties have consented to entry of final judgment by the United States Magistrate
Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the
Fifth Circuit.   The Court, having reviewed the record, the administrative transcript, the briefs of
the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the Court on the record at the conclusion of oral argument
during a hearing held in this matter today, the Court finds there is no reversible error, and the
Commissioner's decision is supported by substantial evidence in the record.   Therefore, the
decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 19th day of August, 2019.


                                          /s/ Jane M. Virden
                                          U. S. MAGISTRATE JUDGE